**Theodis BROWN, Sr., Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Appellees.**

**No. 06–2019.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2007.

Filed: July 6, 2007.

Theodis Brown, Sr., St. Louis, MO, pro se.

Wesley Dennis Wedemeyer, U.S. Attorney's Office, Kimberly Cates Wiseman, U.S. Postal Service, Law Department, St. Louis, MO, Lori J. Dym, U.S. Postal Service, Office of Labor Law, David Clifford Belt, Jenner & Block, Washington, DC, for Appellees.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Theodis Brown, Sr., appeals the district court's [1] adverse grant of summary judgment in his action alleging employment discrimination. Having carefully reviewed the record, we find no basis for reversal.

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

*See Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review). We also conclude that the district court did not abuse its discretion in denying Brown's motion for reconsideration. *See Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir.2001) (abuse-of-discretion standard of review). Accordingly, we affirm. In addition, Brown's motion to strike is denied. *See* 8th Cir. R. 47B.